Laurence F. Padway, SBN #89314
Gayle Godfrey Codiga, SBN #114715
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff

ORIGINAL FILED
OCT 3 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADR

LINDA HILL,

        Plaintiff,

vs.

INTERSIL CORPORATION LONG TERM DISABILITY POLICY,

        Defendant
_____/

STANDARD INSURANCE COMPANY -
A SUBSIDIARY OF STANCORP FINANCIAL GROUP,

        Real Party in Interest
_____/

No. C07-05538 EDL

COMPLAINT FOR
ERISA BENEFITS

Comes now the plaintiff, demanding a trial by jury, and alleging of defendant as follows:

JURISDICTION

1. This suit seeks review of a failure to extend benefits under a long term disability plan covered by ERISA, 28 U.S.C. 1132. Federal jurisdiction arises under 38 U.S.C. 1132(f).

FACTS

2. Plaintiff Linda Hill was employed by the Intersil, Corporation., California, until she became disabled in September, 2002.

3. Plaintiff Linda Hill is a beneficiary of the Intersil Corporation long term disability group policy number 641807. Intersil Corporation resides within this judicial district. The plan is covered by the Employee Retirement Income Security Act of 1972. .

4. Real party in interest, Standard Insurance Company - a Subsidiary of Stancorp Financial Group is a corporation which acts as a fiduciary of the plan and has taken over as the decision-maker of disability benefits under the plan. Said defendant delegated its duties to administer claims to Standard Insurance Company.

5. In 2002, while employed by Intersill Corporation, plaintiff became disabled as the result of illness, including back pain due to degenerative arthritis. She has been unable to work since that time.

6. Defendant paid Long Term Disability Benefits to Linda Hill from August 2, 2005 through August 1, 2006 at which time defendant terminated benefits alleging that plaintiff was no longer disabled for any occupation.

7. Plaintiff appealed the termination and Defendant denied the appeal on October 10, 2007.

8. As a proximate result thereof, plaintiff has been damaged by failure to pay policy benefits in the sum of $2,066 per month from August 2, 2006 to plaintiff Linda Hill's 65th birthday on August 24, 2011, a total of $123,960.00

9. Plaintiff has been further damaged because Standard Insurance Company is refusing to pay the Long Term Disability Life Insurance Premium of approximately $150.00 per month from August 2, 2006 to plaintiff Linda Hill's 65th birthday on August 24, 2011, a total of $9,000.00.

10. Plaintiff has been compelled to retain counsel to collect the benefits owed, and is entitled to reasonable attorney fees under ERISA in an amount dependent upon the extent of litigation required and estimated at $150,000 through trial

Wherefore, plaintiff prays for relief as set forth below:

1. For benefits, past and future, for long term disability as provided by the term of the plan in the amount of $132.960.00.;

2. For attorneys fees of $150,000 or according to proof:

3. For such other relief as the court deems just and proper.

Dated: Ocober 29. 2007

*Gayle Godfrey Codiga*
Gayle Godfrey Codiga
Attorney for plaintiff