Laurence F. Padway (SBN 083914)
Gayle Godfrey Codiga (SBN 114715)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: 510-814-6100
Facsimile: 510-814-0650

Attorney for Plaintiff
Linda Hill

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA HILL,<br><br>        Plaintiff,<br>vs.<br><br>INTERSIL CORPORATION LONG TERM DISABILITY POLICY,<br><br>        Defendant, | CASE NO. C07-05538 |
| STANDARD INSURANCE COMPANY - A SUBSIDIARY OF STANCORP FINANCIAL GROUP,<br><br>        Real Party in Interest. | |

**PROOF OF SERVICE**

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 11-1-07

Name of SERVER: SUSAN POPE

TITLE:

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SENT VIA CERTIFIED MAIL:
INTERSIL CORP. LONG TERM DISABILITY POLICY
2401 PALM BAY RD.
PALM BAY, FL 32905

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-1-07
Date

Signature of Server: Susan Pope

Address of Server: 1516 OAK ST., SUITE 109
ALAMEDA, CA 94501

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

7004 0550 0001 0733 3594

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.31 |
| Certified Fee | | 2.65 |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 3.96 |

Postmark Here

Sent To: Intersil Corp. LTD Policy
Street, Apt. No.; or PO Box No.: 2401 Palm Bay Road
City, State, ZIP+4: Palm Bay, FL 32405

PS Form 3800, June 2002         See Reverse for Instructions

LINDA HILL
11-1-07