1  Laurence F. Padway (SBN 083914)
   Gayle Godfrey Codiga (SBN 114715)
2  Law Offices of Laurence F. Padway
   1516 Oak Street, Suite 109
3  Alameda, CA 94501
   Telephone: 510-814-6100
4  Facsimile: 510-814-0650

5  Attorney for Plaintiff
   Linda Hill
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10

11 LINDA HILL,

12         Plaintiff,                    CASE NO. C07-05538
   vs.
13
   INTERSIL CORPORATION LONG TERM
14 DISABILITY POLICY,

15         Defendant,

16
   STANDARD INSURANCE COMPANY - A
17 SUBSIDIARY OF STANCORP
   FINANCIAL GROUP,
18
           Real Party in Interest.
19

20

21

22

23                        **PROOF OF SERVICE**

24

25

26

27

28

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 11-1-07 |
| Name of SERVER  SUSAN POPE | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SENT VIA CERTIFIED MAIL:
STANDARD INS. CO.
1100 SW SIXTH AVE., PORTLAND, OR 97204

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-1-07
Date

Signature of Server  *Susan Pope*

Address of Server  1516 OAK ST., SUITE 109
ALAMEDA, CA 94501

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.13 |

Postmark Here

Sent To: Standard Insurance Co.
Street, Apt. No.; or PO Box No.: 1100 SW Sixth Ave.
City, State, ZIP+4: Portland, OR 97204

PS Form 3800, June 2002    See Reverse for Instructions

7004 0550 0001 0733 3563

11-1-07

LINDA HILL