| | |
|---|---|
| 1 | Shawn Hanson (State Bar No. 109321) |
|   | shanson@jonesday.com |
| 2 | Katherine S. Ritchey (State Bar No. 178409) |
|   | ksritchey@jonesday.com |
| 3 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 4 | San Francisco, CA  94104 |
|   | Telephone:    (415) 626-3939 |
| 5 | Facsimile:     (415) 875-5700 |

Attorneys for Defendant INSTERSIL CORPORATION LONG TERM DISABILITY POLICY and Real Party in Interest STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA HILL,** | **Case No. C07-05538-EDL ADR** |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO COMPLAINT** |
| v. | |
| **INTERSIL CORPORATION LONG TERM DISABILITY POLICY,** | **Honorable Elizabeth D. Laporte** |
| Defendant, | |
| **STANDARD INSURANCE COMPANY,** | |
| **Real Party in Interest.** | |

WHEREAS, the Intersil Corporation Long Term Disability Policy ("Intersil Disability Policy") seeks to obtain additional time to prepare, file and serve its response to plaintiff's Complaint and no prior extensions have been obtained by any party;

WHEREAS, Standard Insurance Company ("Standard") is named as a Real Party in Interest and contends no response to the complaint is required, but wishes to avoid motion-practice;

IT IS HEREBY STIPULATED by and between plaintiff and the Intersil Disability Policy through their respective counsel of record, that the deadline for filing the Intersil Disability

1  Policy's response to plaintiff's Complaint will be December 21, 2007;

2      IT IS FURTHER STIPULATED by and between plaintiff and Standard through their

3  respective counsel of record, that to the extent a response to the Complaint is required of

4  Standard, the deadline for Standard to respond is extended until December 21, 2007.

5      IT IS SO STIPULATED.

Dated: November 26, 2007      Respectfully submitted,

JONES DAY

By: /s/ - Katherine S. Ritchey
    Katherine S. Ritchey

Counsel for Defendant INSTERSIL CORPORATION LONG TERM DISABILITY POLICY and Real Party in Interest STANDARD INSURANCE COMPANY

Dated: November 26, 2007      Law Offices of Laurence F. Padway

By: /s/ - Laurence F. Padway
    Laurence F. Padway

Counsel for Plaintiff
LINDA HILL

SFI-574239v1