1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant INSTERSIL CORPORATION
   LONG TERM DISABILITY POLICY and Real Party
7  in Interest STANDARD INSURANCE  COMPANY

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11
   LINDA HILL,                              Case No. C07-05538-EDL ADR
12
              Plaintiff,                     PROOF OF SERVICE
13
       v.                                    Honorable Elizabeth D. Laporte
14
   INTERSIL CORPORATION LONG
15 TERM DISABILITY POLICY,

16            Defendant,

17  _____

18 STANDARD INSURANCE COMPANY,

19            Real Party in Interest.

20

21

22

23

24

25

26

27

28

1                                 **PROOF OF SERVICE**

2       I, Ruth A. Chavez, declare:

3       I am a citizen of the United States and employed in San Francisco County, California. I

4 am over the age of eighteen years and not a party to the within-entitled action. My business

5 address is 555 California Street, 26th Floor, San Francisco, California 94104. On November 26,

6 2007, I served a copy of the within document(s):

7       **STIPULATION TO EXTEND DEADLINE FOR RESPONSE**
      **TO COMPLAINT**

8

      **PROOF OF SERVICE**

9

10    ☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set
           forth below on this date before 5:00 p.m.

11

12    ☒    by placing the document(s) listed above in a sealed envelope with postage thereon
           fully prepaid, in the United States mail at San Francisco, California addressed as
13            set forth below.

14    ☐    by placing the document(s) listed above in a sealed _____ envelope and
           affixing a pre-paid air bill, and causing the envelope to be delivered to a
15                      agent for delivery.

16    ☐    by personally delivering the document(s) listed above to the person(s) at the
           address(es) set forth below.
17

18    ☐    by transmitting via e-mail or electronic transmission the document(s) listed above
           to the person(s) at the e-mail address(es) set forth below.

19

20    Gayle G. Codiga
   Laurence F. Padway
21    1516 Oak Street, Suite 109
   Alameda, CA 94501

22

23       I am readily familiar with the firm's practice of collection and processing correspondence

24 for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same

25 day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

26 motion of the party served, service is presumed invalid if postal cancellation date or postage

27 meter date is more than one day after date of deposit for mailing in affidavit.

28

1    I declare under penalty of perjury under the laws of the State of California that the above

2   is true and correct.

3        Executed on November 26, 2007, at San Francisco, California.

4

5                                                    _____
                                                           Ruth A. Chavez
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Proof of Service
C07-05538 EDL ADR