1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant INTERSIL CORPORATION
   LONG TERM DISABILITY POLICY and Real Party
7  in Interest STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA HILL,** | Case No. C07-05538-EDL ADR |
| Plaintiff, | **CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 3-16 AND CORPORATE DISCLOSURE STATEMENT UNDER FED.R.CIV.P 7.1** |
| v. | |
| **INTERSIL CORPORATION LONG TERM DISABILITY POLICY,** | |
| Defendant, | |
| **STANDARD INSURANCE COMPANY,** | |
| Real Party in Interest. | |

Pursuant to Civil Local Rule 3-16, the undersigned counsel for Defendant Intersil Corporation Long Term Disability Policy ("Intersil LTD Policy") and Real Party in Interest Standard Insurance Company ("Standard"), certifies that the following listed persons, association of persons, firms, partnerships, corporations (including parent corporation) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    StanCorp Financial Group, Inc. – parent of Standard Insurance Company.

    Intersil Corporation – Plan Administrator.

1  Pursuant to the Corporate Disclosure Statement provisions in Federal Rule of Civil
2 Procedure 7.1, Standard makes the following disclosures:
3  Standard is not a publicly-traded corporation.  Standard is a wholly-owned subsidiary of
4 StanCorp Financial Group, Inc., which is a publicly traded corporation.
5  Intersil LTD Policy makes the following disclosures:
6  Intersil LTD Policy is not a publicly held entity, but the Plan Administrator, Intersil
7 Corporation, is a publicly held entity.  No other publicly held corporation or other publicly held
8 entity has a direct financial interest in the outcome of the litigation.

9 Dated: December 20, 2007.                                  Respectfully submitted,

10                                                                                 JONES DAY

12                                                                                 By: /s/ - Katherine S. Ritchey
13                                                                                        Katherine S. Ritchey

14                                                                                 Counsel for INTERSIL CORPORATION
                                                                                   LONG TERM DISABILITY POLICY and
                                                                                   Real Party in Interest STANDARD
15                                                                                 INSURANCE  COMPANY