Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant INTERSIL CORPORATION LONG TERM DISABILITY POLICY and Real Party in Interest STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA HILL,** | Case No. C07-05538-EDL ADR |
| **Plaintiff,** | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| **INTERSIL CORPORATION LONG TERM DISABILITY POLICY,** | |
| **Defendant,** | |
| **STANDARD INSURANCE COMPANY,** | |
| **Real Party in Interest.** | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The Intersil Corporation Long Term Disability Policy hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

/ / /

/ / /

/ / /

/ / /

1  Dated: December 20, 2007.                    Respectfully submitted,

2                                               JONES DAY

3

4                                               By: /s/ - Katherine S. Ritchey
                                                    Katherine S. Ritchey
5
                                                Counsel for INTERSIL CORPORATION
6                                               LONG TERM DISABILITY POLICY and
                                                Real Party in Interest STANDARD
7                                               INSURANCE COMPANY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28