1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant INTERSIL CORPORATION
   LONG TERM DISABILITY POLICY and Real Party
7  in Interest STANDARD INSURANCE COMPANY

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11  LINDA HILL,                          Case No. C07-05538-EDL ADR

12          Plaintiff,                   PROOF OF SERVICE

13     v.

14  INTERSIL CORPORATION LONG
    TERM DISABILITY POLICY,
15
            Defendant,
16

17  _____

18  STANDARD INSURANCE COMPANY,

19          Real Party in Interest.

20
21
22
23
24
25
26
27
28

SFI-576233v1                                          Proof of Service;
                                                      C07-05538 EDL ADR

**PROOF OF SERVICE**

I, Ruth A. Chavez, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On December 20, 2007, I served a copy of the within document(s):

> **ANSWER AND DEFENSES TO PLAINTIFF HILL'S COMPLAINT;**
>
> **CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 3-16 AND CORPORATE DISCLOSURE STATEMENT UNDER FED.R.CIV.P 7.1; and**
>
> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Gayle G. Codiga
Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage

1 | meter date is more than one day after date of deposit for mailing in affidavit.

2 |     I declare that I am employed in the office of a member of the bar of this court at whose

3 | direction the service was made.

4 |     Executed on December 20, 2007, at San Francisco, California.

                                      */s/ Ruth A. Chavez*
                                      Ruth A. Chavez