**CIVIL MINUTES**

Judge **MAXINE M. CHESNEY**

E-Filing

Date MAR 2 1 2008

C-07-5538-MMC (MED)

Linda Hill    v    Intersil Corp Long Term Disability

Attorneys: Gayle Codiga    Katherine Ritchey

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**PROCEEDINGS:**    **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference — Initial

**ORDERED AFTER HEARING:**

Deadline to file cross-motions is 7/25/08, deadline to file response(s) is 8/15/08.

( ) ORDER TO BE PREPARED BY:    Plntf____ Deft____ Court____

(✓) Previously Referred to ADR For: Court Sponsored Mediation.
(✓) By Court
(✓) CASE CONTINUED TO 9/5/08 @ 9:00 for Hearing on Cross-Motion(s)

Discovery Cut-Off _____    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date _____    Trial Date _____    Set for ____ days
Type of Trial: ( ) Jury    ( ) Court
Notes: _____

(14 min)