# UNITED STATES DISTRICT COURT

### Northern District of California

Hill,

        Plaintiff(s),

v.

Intersil Corporation Long Term Disability Policy,

        Defendant(s).

No. C 07-05538 MJJ MED

**Certification of ADR Session**

*Instructions*: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) March 26, 2008

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: 3/26/08

_____
Mediator Jeffrey G. Lewis
Lewis, Feinberg,
1330 Broadway, Suite 1800
Oakland, CA 94612

**Certification of ADR Session**
07-05538 MJJ MED