IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LINDA HILL,   No. C 07-5538 MMC

    Plaintiff,   **ORDER OF DISMISSAL**

v.

INTERSIL CORPORATION LONG TERM DISABILITY POLICY,

    Defendant
_____/

    The parties having advised the Court that they have agreed to a settlement of the above-titled action,

    IT IS HEREBY ORDERED that plaintiff's claims alleged herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

    **IT IS SO ORDERED.**

Dated: March 31, 2008

    _____
    MAXINE M. CHESNEY
    United States District Judge