Laurence F. Padway, SBN# 83914
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Phone:         (510) 814-0680
Fax:           (510) 814-0650

Attorneys for Plaintiff

Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant
and Real Party in Interest

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA HILL | CASE NO. C07-05538 MMC |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER RE DISMISSAL |
| vs. | |
| INTERSIL CORPORATION LONG TERM DISABILITY POLICY | |
| Defendant, | |
| _____/ | |
| STANDARD INSURANCE COMPANY- A SUBSIDIARY OF STANCORP FINANCIAL GROUP, | |
| Real Party in Interest. | |

1    Whereas, settlement in the above matter has been reached.  The parties, by and through their

2  respective counsel, hereby stipulate and agree that the above named case be dismissed with prejudice.

3  Each side to bear their own attorneys fees and costs.

4

5                                                LAW OFFICES OF LAURENCE F. PADWAY

6

7  Dated:  April 8, 2008                    By  /s/ Laurence F. Padway
                                                    Laurence F. Padway
8                                                   Attorneys for Plaintiff

9

10                                               JONES DAY

11

12  Dated: April 8, 2008                     By  /s/ Katherine S. Ritchey
                                                    Katherine S. Ritchey
13                                                  Attorneys for Defendants

14

15

16

17

18

19                                               IT IS SO ORDERED.

20

21
   DATED: _____, 2008
22                                               _____
                                                 JUDGE MAXINE M. CHESNEY
23                                               UNITED STATES DISTRICT COURT JUDGE

24

25

26

27

28