1  Laurence F. Padway, SBN# 83914
   LAW OFFICES OF LAURENCE F. PADWAY
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Phone:        (510) 814-0680
   Fax:          (510) 814-0650
4
   Attorneys for Plaintiff
5
   Shawn Hanson (State Bar No. 109321)
6  shanson@jonesday.com
   Katherine S. Ritchey (State Bar No. 178409)
7  ksritchey@jonesday.com
   JONES DAY
8  555 California Street, 26th Floor
   San Francisco, CA 94104
9  Telephone:    (415) 626-3939
   Facsimile:    (415) 875-5700
10
   Attorneys for Defendant
11 and Real Party in Interest

12

13                 UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15

16 LINDA HILL                        CASE NO. C07-05538 MMC

17          Plaintiff,               STIPULATION AND (PROPOSED) ORDER
                                     RE DISMISSAL
18 vs.

19

20 INTERSIL CORPORATION LONG TERM
   DISABILITY POLICY
21
            Defendant,
22 _____/

23 STANDARD INSURANCE COMPANY-
   A SUBSIDIARY OF STANCORP
24 FINANCIAL GROUP,

25          Real Party in Interest.
   _____
26

27

28

---

1    Whereas, settlement in the above matter has been reached.  The parties, by and through their

2  respective counsel, hereby stipulate and agree that the above named case be dismissed with prejudice.

3  Each side to bear their own attorneys fees and costs.

4

5                                              LAW OFFICES OF LAURENCE F. PADWAY

6

7  Dated:  April 8, 2008                       By  /s/ Laurence F. Padway

8                                                   Laurence F. Padway
                                                    Attorneys for Plaintiff

9

10                                             JONES DAY

11

12  Dated: April 8, 2008                        By  /s/ Katherine S. Ritchey

13                                                   Katherine S. Ritchey
                                                     Attorneys for Defendants

14

15

16

17

18

19                                             IT IS SO ORDERED.

20

21  DATED:  April 10    , 2008

22                                             JUDGE MAXINE M. CHESNEY
                                               UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28

_____
Stipulation and Proposed Order re Dismissal                    CASE NO. C07-05538

                                        2